IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. RODRIGUEZ

          No. C 05-1443 JSW

    Plaintiff

v.

NEW UNITED MOTOR MANUFACTURING, INC.

    Defendant.

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☒ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: June 16, 2005

Attorney for Plaintiff
ANTHONY A. RODRIGUEZ

Dated: June 17, 2005

Nick C. Geannacopulos
Attorney for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

IT IS SO ORDERED:

Dated: June 20, 2005      /s/ Jeffrey S. White

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel)*

Dated: June 16, 2005        Anthony A. Rodriguez  /s/ Anthony A. Rodriguez
                            [Typed name and signature of plaintiff]

Dated: June 16, 2005        Eugene T. Franklin  /s/ Eugene T. Franklin
                            [Typed name and signature of counsel for plaintiff]

Dated: June 17, 2005        New United Motor Manufacturing, Inc.  by Julie Collins Nelson
                            [Typed name and signature of defendant]

Dated: June 17, 2005        Nick C. Geannacopulos  /s/
                            [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION