SEYFARTH SHAW LLP
Nick C. Geannacopulos (State Bar No.: 114822)
Kamili Williams Dawson (State Bar No.: 193264)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

FRANKLIN EMPLOYMENT LAW GROUP
Eugene T. Franklin
22762 Main Street
Hayward, California 94541-5114
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
ANTHONY A. RODRIGUEZ

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NEW UNITED MOTOR MANUFACTURING, INCORPORATED, a California Corporation, and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. C 05-10443 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ANTHONY A. RODRIGUEZ and Defendant NEW UNITED MOTOR MANUFACTURING, INC. ("Defendant"), through their respective counsel of record that Plaintiff's entire complaint and all claims alleged therein in the above-captioned action are dismissed with prejudice.

Each party will bear their own attorney's fees and costs.

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | DATED: December 27, 2005 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Nick C. Geannacopulos<br>Kamili A. Dawson |
| 5 | | Attorneys for Defendant<br>NEW UNITED MOTOR |
| 6 | | MANUFACTURING, INC. |
| 7 | DATED: December 28, 2005 | FRANKLIN EMPLOYMENT LAW GROUP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Eugene Franklin |
| 11 | | Attorneys for Plaintiff<br>ANTHONY A. RODRIGUEZ |
| 12 | | |
| 13 | | **ORDER** |
| 14 | | |
| 15 | IT IS SO ORDERED. | |
| 16 | DATED: January 3, 2006 | |
| 17 | _____ | UNITED STATES DISTRICT JUDGE |

SF1 28225856.1 / 33218-000021

2

Stipulation and [Proposed] Order for Dismissal with Prejudice / Case No. C 05-01443 JSW